■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRIAN FEASTER, Also Known as BRIAN DARBY, Appellant.—

Bracken, J. P., Kunzeman, Eiber, Balletta and Ritter, JJ., concur.